UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALMON HOPKINS,<br>   Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 3:23-CV-1675 |
| v. | )<br>)<br>) | (ARBUCKLE, M.J.) |
| JAMES PETRUCCI, *et al.*,<br>   Defendants | )<br>) | |

# **ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Plaintiff's Amended Complaint (Doc. 11) is DISMISSED with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

(2) Defendant Krowiak's Motion to Dismiss (Doc. 17) is DEEMED MOOT.

(3) Defendants Gilmartin, Hyler, and Petrucci's Motion to Dismiss (Doc. 26) is DEEMED MOOT.

(4) The Clerk of Court is directed to CLOSE this case.

Date: June 5, 2024      BY THE COURT

                *s/William I. Arbuckle*
                William I. Arbuckle
                U.S. Magistrate Judge